Philip R. Wooten
Arizona State Bar #007006
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ  85044-3403
(480) 598-4330  Phone
(480) 598-4331  Fax
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| George L. Mortensen,<br><br>  Plaintiff,<br><br> v.<br><br>Citibank, (South Dakota), NA,<br>Citicorp Credit Services, Inc (USA) and<br>Trans Union LLC,<br><br>  Defendants. | Case No.<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of Arizona, Maricopa County,<br>Case No. CV2014-070725]<br><br>Original Complaint Filed:<br>February 13, 2014<br><br>Summons Served:  April 14, 2014 |

COMES NOW, Trans Union LLC ("Trans Union") and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### I.  Procedural Background

On or about February 13, 2014, George L. Mortensen ("Plaintiff") filed the Complaint in this action in the Superior Court of Arizona, Maricopa County, Case

No. CV2014-070725, ("State Court Action"), alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*., and Arizona Revised Statutes §§ 44-1694 and 44-1695 (Consumer Reporting Agencies and Fair Credit Reporting), against the following Defendants: Trans Union LLC, Citibank, (South Dakota), NA and Citicorp Credit Services, Inc. (USA).

A complete and accurate copy of the Original Complaint, and complete and accurate copies of pleadings process, orders, and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a), attached hereto as **Exhibit A**.

The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filing of this Notice of Removal. Defendant Trans Union LLC was served with Plaintiff's Complaint on April 14, 2014.  It is unclear when Defendant Citibank, (South Dakota), NA was served. Defendant Citicorp Credit Services, Inc. (USA) was served with Plaintiff's Complaint on April 15, 2014.  This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b)(2).

Defendants Citibank, (South Dakota), NA and Citicorp Credit Services, Inc. consent to the removal of this case to federal court.  A complete and accurate copy of the Defendants' Consent to Removal is attached collectively hereto as **Exhibit B**.

## II.  Grounds for Removal

The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b).  Removal is thus proper because Plaintiff's claims present a federal question.  28 U.S.C. §§ 1331 and 1441(a).  In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act (15 U.S.C. § 1681 *et seq*.) and the Arizona Revised Statutes, §§ 44-1694 and 44-1695.

## III.  Compliance with Procedural Requirements

Pursuant to 28 U.S.C. § 1446(b)(2), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending, and where Plaintiff's alleged residence is located.

Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, County of Maricopa, as required by 28 U.S.C. §1446(d).

No other proceedings, process, pleadings, orders or other papers have been filed or served in the State Court Action.  Plaintiff did not demand a jury in the state court suit.  Trial has not commenced in the Superior Court of Maricopa County, Arizona, Case No. CV2014-070725.

By filing this Notice of Removal, Trans Union consents to the removal of this case.

DATED:  May 1, 2014                    Respectfully submitted,


By  /s/  Philip R. Wooten
Philip R. Wooten
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
Facsimile:  480-598-4331
Telephone: 480-598-4330
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of May, 2014, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:  None.

And I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

George L. Mortensen
30028 N. 127th Ave.
Peoria, AZ  85383
(623) 570-6836
glmortensen@yahoo.com
***Pro Se Plaintiff***

By  /s/  Philip R. Wooten