1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A



**CORPORATION SERVICE COMPANY**

**WCE / ALL**
**Transmittal Number: 12416779**
**Date Processed: 04/15/2014**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Daniel Halvorsen<br>Trans Union LLC<br>555 W. Adams Street<br>Chicago, IL 60661-3601 |

| | |
|---|---|
| **Entity:** | Trans Union LLC<br>Entity ID Number  1884665 |
| **Entity Served:** | TransUnion, LLC |
| **Title of Action:** | George L Mortensen vs. Citibank, (South Dakota), NA |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Maricopa County Superior Court, Arizona |
| **Case/Reference No:** | CV2014-070725 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 04/14/2014 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | George L. Mortensen<br>623-570-6836 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

George L. Mortensen
30028 N. 127th Ave
Peoria, AZ 85383
Phone: (623) 570-6836
glmortensen@yahoo.com
Pro se

ORIGINAL

Prepared by George L. Mortensen AZCLDP #81111

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

George L. Mortensen                    ) Case No. CV 2014 - 070725
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )
                                       )
                                       ) **SUMMONS**
Citibank, (South Dakota),NA,           )
                                       ) If you would like legal advice from a lawyer,
Citicorp Credit Services, Inc (USA)    contact the Lawyer Referral Service at
                                       602-257-4434
and TransUnion, LLC                    or
                                       www.lawyerfinders.org.
            Defendants.                Sponsored by the
                                       Maricopa County Bar Association

**WARNING: This is an official document from this court that affects your rights. Read this carefully.  If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO: TransUnion, LLC**
                            Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons".

2. If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the Office of the Clerk of the Superior Court, 201 West Jefferson Street,

Phoenix, Arizona 85003-2205 or Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR Office of the Clerk of Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, you "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date your were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed on this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Courts Customer Service Center at:
    - 201 West Jefferson, Phoenix, Arizona  85003
    - 18380 North 40th Street, Phoenix, A rizona 85032
    - 222 East Javelina Drive, Mesa, Arizona 85210   or
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

**SIGNED AND SEALED this date**   FEB 1 3 2014

                                              **MICHAEL JEANES,  CLERK OF COURT**

By _____      R. Sexton

Deputy Clerk

1   George L. Mortensen
    30028 N. 127th Ave
2   Peoria, AZ 85383
    Phone: (623) 570-6836
3   glmortensen@yahoo.com
    Pro se
4
    Prepared by George L. Mortensen AZCLDP #81111
5
6   ## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7   ## IN AND FOR THE COUNTY OF MARICOPA

8   George L. Mortensen                    )   Case No. CV 2014 - 070725
                                           )
9                                          )
           Plaintiff,                      )
10                                         )
    vs.                                    )
11                                         )
                                           )   **SUMMONS**
12  Citibank, (South Dakota),NA,           )
                                           )
13  Citicorp Credit Services, Inc (USA)

14  and TransUnion, LLC

15         Defendants.

16

17  **WARNING: This is an official document from this court
    that affects your rights. Read this carefully.  If you
18  do not understand it, contact a lawyer for help.**

19

20  **FROM THE STATE OF ARIZONA TO: TransUnion, LLC**
                                         Name of Defendant
21

22  1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served
        on you with this "Summons".
23

24  2.  If you do not want a judgment or order taken against you without your input, you must file an
        *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file
25      an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her
        Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or
26      *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street,

Phoenix, Arizona 85003-2205 or Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR Office of the Clerk of Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, you "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date  your were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed on this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Courts Customer Service Center at:
    - 201 West Jefferson, Phoenix, Arizona  85003
    - 18380 North 40th Street, Phoenix, A rizona 85032
    - 222 East Javelina Drive, Mesa, Arizona 85210   or
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.



SIGNED AND SEALED this date

FEB 1 3 2014

By _____

Deputy Clerk

MICHAEL JEANES, CLERK OF COURT

_____

COPY



FEB 1 3 2014

MICHAEL K. JEANES, CLERK
R. SEXTON
DEPUTY CLERK

1  George L. Mortensen
   30028 N. 127th Ave.
2  Peoria, AZ 85383
   Phone: (623) 570-6836
3  glmortensen@yahoo.com
   Pro Se
4
   Prepared By George L. Mortensen AZCLDP#81111
5

6              **IN THE SUPERIOR COURT OF ARIZONA**

7                       **MARICOPA COUNTY**

8  George L. Mortensen,              )   Case No. CV 2014-070725
                                     )
9              Plaintiff,            )
                                     )
10 vs.                               )
                                     )   **COMPLAINT**
11 Citibank, ( South Dakota ),NA,    )
                                     )   (Violation of the Fair
12 Citicorp Credit Services, Inc (USA)  and  )  Crediting Reporting Act and AZ
                                     )   Rev. Stat. § 44-1691 *et seq.*)
13 Trans Union, LLC,                 )
                                     )
14             Defendants.
   ─────────────────────────────
15

16     For his Complaint against Citibank (South Dakota ) NA, Citicorp

17 Credit Services, Inc ( USA ) and Trans Union LLC, Plaintiff George L.

18 Mortensen, alleges as follows:

19                    **PRELIMINARY STATEMENT**

20     1.  This is an action for actual, statutory and punitive damages, court

21 costs and attorney's fees(if any) brought pursuant to 15 U.S.C. § 1681, *et*

22 *seq.* (the Fair Credit Reporting Act.) and Arizona Revised Statutes § 44-

23 1691 *et seq.* (Consumer Reporting Agencies and Fair Credit Reporting.)

24                          **PARTIES**

25     2.  Plaintiff George L. Mortensen, is a resident of Maricopa County,

26 Arizona.

1

3. Defendant, Citibank (South Dakota), NA is a national banking association based in South Dakota, and by virtue of the same is authorized to conduct business in Arizona. Citibank (South Dakota), NA hereinafter referred to as "Citibank" has its principal place of business in Sioux Falls , South Dakota .

4. Defendant, Citicorp Credit Service, Inc. (USA), which is referred to herein as "CCSI" is a Delaware Corporation which lists its foreign Address as 14000 Citi Cards Way, Jacksonville FL 32258.   " CCSI is a subsidiary of Citibank and services credit card accounts owned by Citibank, including maintaining and recording information in Citibank's records as they relate to credit card accounts owned by Citibank."  (Affidavit of Plaintiff contained in CitiBank's Motion for Summary in Case # CV2010-020819 Citibank v. Mortensen).

5. Defendant, Trans Union LLC, is a Delaware Limited Liability Company with a foreign address of 555 W. Adams Ave.; Chicago IL . TransUnion LLC hereinafter referred to "TransUnion" is a major national credit reporting agency.

## JURISDICTION AND VENUE

6.  This court has jurisdiction of this action on the grounds that there is complete and true diversity of citizenship between the parties and the

amount in controversy exceeds Forty-eight Thousand Dollars ($48,000)

Furthermore, the jurisdiction of the Court is conferred by 15 U.S.C §

1681(p) and AZ Revised Statutes § 44-1691 *et seq*.

7. Venue is proper because a substantial part of the events giving

rise to the claims herein occurred in the County of Maricopa, State of

Arizona.  Moreover, the Citibank MasterCard Account No.

5424180412924240 is the "Account" which is the subject of this dispute

was issued by Citibank to the Plaintiff while he resided in Maricopa County

State of Arizona . Plaintiff is currently a resident of the city of Peoria, county

of Maricopa, State of Arizona .  Defendants are foreign corporations

authorized to conduct business in the State of Arizona.

## GENERAL ALLEGATIONS

8.  On or about March 2000, Plaintiff George L. Mortensen

hereinafter referred to as "Mr. Mortensen" , obtained a Credit Card Account

from Citibank. The credit card was a Citibank MasterCard account number

5424180412924240, hereinafter referred to as "Account" or "Citibank

Mastercard".

9.  Plaintiff, Mr. Mortensen, was in good standing with his Citibank

credit card through March 2009.  However, on or about  March 19, 2009

Plaintiff received a call from Citibank because he was ten days late on his Account.  Plaintiff told the Citibank representative that his wife had been diagnosed with stage 4 stomach cancer on December 31st 2008. Since that time the household income decreased and medical expenses increased dramatically. He was not able to continue to make payments, and shortly thereafter defaulted on his Citibank Mastercard.

10. On December 12, 2009, Plaintiff's wife of 30 years died.  In early 2010, Mr. Mortensen was appointed as personal representative for the estate of Erna H. Mortensen. (Superior Court of Arizona in the County of Maricopa Case #PB2010-070314).  Defendant started the process of notifying creditors that he was unable to pay the balances due on the debt incurred by his deceased wife and his own debt. The individual debt and community debt that the household incurred far exceeded the assets, life insurance and retirement fund of Mr. Mortensen and his deceased wife.

11. Beginning in 2010 and continuing into 2011, Defendant was able to negotiate settlements with a number of his creditors and his deceased wife creditors.  However, no settlement was reached with Citibank.

12. Citibank filed in Superior Court of Arizona in and for the County of Maricopa  a Complaint No CV2010-020819 against the Defendant on July 6, 2010. On May 12th, 2011 a judgment against the Plaintiff was granted.

4

13. On July 28th, 2011, Mr. Mortensen and Citibank (through their counsel, Seidberg Law Offices PLC), came to an agreement on the settlement of the debt.

14. On August 3, 2012 (when remitting the final payment) Mr. Mortensen requested  Citibank/Judgment Creditor  to  "*Please update your records and advise the court and credit reporting agencies that  the account was paid as agreed.*"

15. On August 6th , 2012, Citibank's counsel, Seidberg Law Offices, P.C., thanked Mr. Mortensen for "*resolving the account*" and assured him that "*this has been reported to our Client (Citibank) or will be in our next report.*" See Exhibit 1.

16. Mr. Mortensen paid the debt in accordance with that agreement, and a Satisfaction of Judgment and Release of Judgment Lien  in Cause No. CV 2010-020819 dated and filed with the court on August 21, 2012.

17. However, as of the date of filing this complaint (19 months after the judgment was satisfied)  Citibank and/or CCSI have still not accurately updated their record(s) and are continuing to report incorrect information.  Plaintiff  has made numerous attempts to correct the information through phone calls, online notifications  and correspondence to the Plaintiffs.   .

19. Letters dated August 3, 2012, March 19, 2013, April 25, 2013 and May 24th, 2013 were faxed and/or mailed requesting that information

on this Account be corrected to show that the Judgment was satisfied and the account is not past due.  On  several  of the dates referenced above, Mr. Mortensen also spoke to representatives for Citibank.

20. For over a year and half,  Citibank and/or its agents continue to report incorrect information and show the Account as delinquent.  On March 19, 2013 Citibank and/or CCSI reported that Mr. Mortensen's Account was delinquent  $2543. Each month since, Citibank and/or its agent CCSI has/have continued to report the Account as delinquent. The Plaintiff's credit  report on 11/20/2013 shows the Account delinquent $3079;  and  the credit report  dated  01/17/2014  shows the Account as delinquent  $3148.

21. Furthermore, Plaintiff has made repeated attempts beginning on August 21, 2012, to have TransUnion LLC update their records to show that the Judgment was satisfied and that the account is not delinquent.  Letters dated Aug.21, 2012; March 18, 2013; April 25, 2013; May 7, 2013 and May 24th, 2013 were mailed requesting that information on this Account be corrected to show that the Judgment was satisfied and that the account is not past due.

22. TransUnion continues to report inaccurate information though they have been told repeatedly and supplied with overwhelming evidence proving that the account is not delinquent.

23. TransUnion not only continues to report incorrect information, but has also shown to have sloppy reporting practice in reference to Plaintiff's credit file. In August 2012 the Plaintiff's Public Records Section of his Credit Report incorrectly referenced case number V2010-020810 instead of CV2010-020819.

24. In February 2013, Plaintiff notified TransUnion that his credit file showed the account as being delinquent and this was inaccurate since   the account was settled and the judgment had been satisfied since August 2012.

25. On are about that same time, Plaintiff also discovered that CV2010-020810 had been erroneously linked to him. Plaintiff advised TransUnion that CV2010-020810 was a case involving Chase Bank vs. Duke.

26. In another example of TransUnion's sloppy practices,TransUnion admitted on Februay 23, 2013 that it had made several mistakes in reference to the Plaintiff's credit file. On 2/23/13 TransUnion admitted the following: "…*due to a technical issue that we have since resolved, the security freeze that you have in place with TransUnion was briefly deactivated and during that time period one or more inquiries from a creditor or other party with permissible purpose failed.*"

27. In response to each communication from Plaintiff,   TransUnion supposedly investigates the matter but it has not resolved the matter because  inaccurate information continues to appear on Plaintiff's credit report.

28. Plaintiff has been persistent in his attempts to correct the information.  In fact, TransUnion has accused Plaintiff of filing frivolous requests. In April  2013 TransUnion claimed that they had previously investigated the Account and any further correspondence would be considered "frivolous and the only option available was to add a consumer comment.

7

29. Consequently, in a letter dated April 25th 2013, Plaintiff added the following comment reference Account #5424180412924240 Case No. CV2010-020819: "*The Account was paid as agreed. There is no balance or past due amount owning. Despite repeated attempts to correct the information with the major reporting agencies (including TransUnion), as of April 25, 2013 the incorrect information is still unresolved.*"

30. But TransUnion was unable to correctly add a comment to Plaintiff's credit report. In a letter dated May 7, 2013, Plaintiff pointed out that TransUnion made two typographic errors thereby referencing the wrong case number. The Case No. was reported as CB210-020819 instead of CV2010-020819.

31. Thus TransUnion has failed to correct erroneous information even when supplied with proof the Account has been settled and is not delinquent. TransUnion has also shown to have willful and grossly negligent reporting practice in reference to Plaintiff's credit file by committing typographic errors, continuing to report incorrect information and failing to conduct a reasonable investigation. Even a cursory investigation by TransUnion of this matter would show that Citibank and/or CCSI is transmitting incorrect information in reference to Plaintiff's account.

32. TransUnion, by its own admission on the Plaintiff's credit file, discloses that the Plaintiff's credit score is being adversely affected by the ongoing delinquency. Plaintiff has experienced the embarrassment of incorrect information on his credit report. In July 2013 Plaintiff applied for auto loan through Desert Schools Credit Union. Plaintiff was denied a loan. He was subsequently told by Deserts Schools Credit Union Loan

Department that that he was adversely affect by the delinquency reported by CitiBank.

33. Defendants have and continue to adversely affected Mr. Mortensen, by repeatedly transmitting inaccurate information about him for the previous 19 months.  This has caused Mr. Mortensen to pay higher rates on his credit cards and made it more difficult to obtain loans.  Plaintiff has suffered damage by loss of credit, loss ability to purchase and benefit from a credit, mental and emotional pain and humiliation and embarrassment of credit denial and being accused of filing frivolous requests.

## Count 1

## Violation of 15 U.S.C. §1681 e(b) against Citibank and/or CCSI

34. Defendant reincorporates by reference all the preceding paragraphs as if fully set forth herein.

35. Citibank and/or CCSI violated the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b) by failing to  follow reasonable procedures to assure maximum possible accuracy; thereby continuing to report the false representation within Plaintiff's  credit to TransUnion without including a notation that the debt was disputed, the debt had been satisfied and by failing to correct their own internal records to prevent the re-reporting of incorrect information.

36. CitiBank and/or CCSI's  conduct, action and inaction was willful, rendering it/them liable for actual or statutory damages, and punitive damages in an amount to be determined by the court pursuant to 15 U.S.C. § 1681n. In the alternative, it/they  was/were negligent, entitling Plaintiff to recover under 15 U.S.C. 1681o.

## Count 2

### Violation of 15 U.S.C. §1681i  against Citibank and/or CCSI

37. Defendant reincorporates by reference all the preceding paragraphs as if fully set forth herein.

38.  Citibank and/or CCSI violated 15 U.S.C. 1681i by failing to delete inaccurate information in Plaintiff's credit file after receiving actual notice of such inaccuracies; by failing to conduct  a thorough investigation; by failing to forward all relevant information to TransUnion; by failing to maintain reasonable procedures to filter and verify disputed information in Plaintiff's file.

39. CitiBank and/or CCSI's  conduct, action and inaction was willful, rendering it/them liable for actual or statutory damages, and punitive damages in an amount to be determined by the court pursuant to 15 U.S.C. § 1681n. In the alternative, it/they  was/were negligent, entitling Plaintiff to recover under 15 U.S.C. 1681o.

## Count 3

### Violation of  15 U.S. C. § 1681 e (b) against TransUnion

40. Defendant reincorporates by reference all the preceding paragraphs as if fully set forth herein.

41. TransUnion violated  the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b) by failing to  follow reasonable procedures to assure maximum possible accuracy; thereby continuing to report the false representation within Plaintiff's credit report.  TransUnion has continued to report the Account that has been satisfied as delinquent.  It has continued to parrot incorrect information by failing to correct its own internal records to prevent the re-reporting of incorrect information.

42. TransUnion's conduct, action and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent, entitling Plaintiff to recover under 15 U.S.C. 1681o.

## Count 4

## Violation of 15 U. S. C. § 1681i against TransUnion

43. Defendant reincorporates by reference all the preceding paragraphs as if fully set forth herein.

44. TransUnion's violated 15 U.S.C. 1681i by failing to delete inaccurate information in Plaintiff's credit file after receiving undisputed evidence of such inaccuracies; by failing to conduct a thorough investigation; by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file, and by relying upon verification from a source it has reason to know or should know is unreliable.

45. As a result of this conduct, action (including accusing Plaintiff of filing frivolous requests) and inaction, TransUnion has adversely affected Plaintiff's score and caused substantial harm to Plaintiff by suppressing the Plaintiff's credit score. This has adversely affected Plaintiff in paying higher rates on his credit cards and making it more difficult to obtain loans. Plaintiff has suffered damage by loss of credit, loss ability to purchase and benefit from a credit, mental and emotional pain, humiliation and embarrassment of credit denial and being accused of filing frivolous requests.

46. TransUnion conduct, action and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount

to be determined by the court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent, entitling Plaintiff to recover under 15 U.S.C. 1681o.

## Count 5

### Violation of Arizona Rev. Statutes §44-1694 against CitiBank and/or CCSI

47. Defendant reincorporates by reference all the preceding paragraphs as if fully set forth herein.

48. CitiBank and/or CCSI violated Arizona Revised Statutes § 44-1694 by continuing to report TransUnion without including a notation that the debt was disputed, the debt had been satisfied and by failing to correct their own internal records to prevent the re-reporting of incorrect information.

49. CitiBank and/or CCSI's conduct, action and inaction is grossly negligent, rendering it liable for actual damages, punitive damages, attorney fees and court cost pursuant to Arizona Revised Statutes § 44-1965.

## Count 6

### Violation of Arizona Rev. Statutes §44-1694 against TransUnion

50. Defendant reincorporates by reference all the preceding paragraphs as if fully set forth herein.

51. TransUnion violated Arizona Revised Statutes § 44-1694 by continuing to report the debt has been satisfied and by failing to correct their own internal records to prevent the re-reporting of incorrect information.

1
2
3

52. TransUnion's conduct, action and inaction is grossly negligent, rendering it liable for actual damages, punitive damages, attorney fees and court cost pursuant to Arizona Revised Statutes § 44-1965 .

4
5

**WHEREFORE,** Plaintiff, George L. Mortensen prays for judgment against the Defendants as follows:

6
7
8

   A.  For damages of at least Thirty-eight thousand dollars ($38,000) that being-$1000 for each month that the Defendants have transmitted inaccurate information.

9

   B. For punitive damages of Ten Thousand dollars ($10,000).

10
11

   C. For interest on all sums due at the rate of 10%  per annum until paid.

12

   D. For Plaintiff's attorney fee incurred (if any)

13

   E. For court costs.

14
15

   F. For such other and further relief as the Court deems just and proper.

16
17

**RESPECTFULLY SUBMITTED** this  12  day of February , 2014

18
19
20
21
22
23

George L. Mortensen
30028 N. 127th Ave
Peoria , AZ 85383
Phone: (623) 570-6836
glmortensen@yahoo.com
Plaintiff  Pro Se

24
25
26

13

# EXHIBIT 1

## SEIDBERG LAW OFFICES, P.C.

**Kenneth W. Seidberg**
**Joseph L. Whipple**

Attorneys at Law
2412 East Campbell Avenue
P.O. BOX 7290
Phoenix, AZ 85011-7290

| Telephone | (602) 248-8117 |
|---|---|
| Fax (Operations) | (602) 956-5081 |
| Fax (Legal) | (602) 957-5287 |
| In State Toll Free | (800) 249-8117 |

August 6, 2012

George L Mortensen
30028 N 127th Ave
Peoria AZ 85383

Re:     File Name: Mortensen
        File No.: 547643
        Client: Citibank (South Dakota), N.A.
               CITI MASTERCARD
        Client File No: XXXXXXXXXXXXX4240
        LCA: Brent Rosencrans (x12)

Dear Mr. Mortensen:

On behalf of our Firm and our Client, I want to take this opportunity to thank you for resolving this account.  Your courtesy and attention has been appreciated.

Also, this has been reported to our Client or will be in our next report.  However, if you need to discuss this matter in the future for any reason, please do not hesitate to contact me directly.

Sincerely,

SEIDBERG LAW OFFICES, P.C.

Joseph L. Whipple

Kws/l19



1

George L. Mortensen
30028 N. 127th Ave.
Peoria, AZ 85383
Phone: (623) 570-6836
glmortensen@yahoo.com
Pro Se



FEB 1 3 2014

MICHAEL K. JEANES, CLERK
R. SEXTON
DEPUTY CLERK

Prepared By George L. Mortensen AZCLDP#81111

## IN THE SUPERIOR COURT OF ARIZONA

### MARICOPA COUNTY

| George L. Mortensen, | ) | Case No._ CV2014-070725 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF COMPULSORY ARBITRATION** |
| Citibank, ( South Dakota ),NA, | ) | |
| Citicorp Credit Services, Inc (USA)  and | ) | |
| Trans Union, LLC, | ) | |
| Defendants. | | |

The undersigned certifies that the largest award sought by the Complainant, including punitive damages, but excluding interest, attorney fees (if any)and court costs **DOES NOT** exceeds limits such that according to the Local Rule for compulsory arbitration, this case **IS** subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 12th day of February ,2014

By_____

George L. Mortensen, Plaintiff

1

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Figueroa, Deputy
4/18/2014 7:57:20 AM
Filing ID 5827651

| | |
|---|---|
| **Person Filing:** | **GEORGE L MORTENSEN** |
| **Address:** | **30028 N 127TH AVE** |
| **City, State, Zip:** | **PEORIA AZ 85383** |
| **State Bar:** | |

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

|  |  |  |
|---|---|---|
| GEORGE L MORTENSEN | ) | **FILING COUNTER** |
|  | ) | **CREDIT MEMO** |
|  | ) | |
| vs | ) | |
|  | ) | |
| CITIBANK N A | ) | **CASE NO. CV2014-070725** |

RECEIVED FROM:   **SUSAN GROOM**

PAYMENT FOR:     GEORGE L MORTENSEN

**PAYMENT IS FOR THE FOLLOWING:**

☐ 105 CIVIL ANSWER/APPEARANCE FEE:

☐ 115 TRANSMITTAL FEE FOR CHANGE OF VENUE:

☐ 145 JUDGMENT DEBTOR EXAM FEE:

☒ 600 MULTI DOCUMENT FEE:

☒ OTHER:     DEF PAYMENT

AMOUNT PAID:   $10.00         PAID

RECEIPT#23700075   Clerk Name: JBERNAL

**HOW PAID**

☐ CASH:

☐ BUSINESS CHECK#       BANK NAME:

☐ MONEY ORDER

☐ MASTER CARD   ☒ VISA   ☐ AMERICAN EXPRESS

*Docket Code*
CME/CAN

Person Filing: George Mortensen
Address:
CSZ:
State Bar:

MICHAEL K. JEANES
Clerk of the Superior Court
By Krizia Rodriguez, Deputy
Date 03/17/2014 Time 14:29:38

| Description | Amount |
|---|---|
| ──── CASE# CV2014-070725 ──── | |
| COLLECT'N PAYMENT | 10.00 |
| | |
| TOTAL AMOUNT | 10.00 |

Receipt# 23620358

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

George Mortensen )
vs )
)
)
Citibank, Citicorp, Transunion )

**CREDIT MEMO**

CASE NO. CV 2014- 070725

RECEIVED FROM: George Mortensen

PAYMENT FOR: Same

**PAYMENT IS FOR THE FOLLOWING:**

☐ 105 CIVIL ANSWER/APPEARANCE FEE:

☐ 115 TRANSMITTAL FEE FOR CHANGE OF VENUE:

☐ 145 JUDGMENT DEBTOR EXAM FEE:

☐ 600 MULTI DOCUMENT FEE:

☒ OTHER:   Payment

AMOUNT OF DEPOSIT:   $ 10.00

**HOW PAID**

☒ CASH:

☐ CHECK   CHECK#_____ BANK NAME:_____

☐ MONEY ORDER//CASHIERS CHECK

☐ MASTER CARD   ☐ VISA

Docket Code
"CME"

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED

**Name of Person Filing Document:** George L. Mortensen
**Your Address:** 30028 N. 127th Ave
**Your City, State, Zipcode:** Peoria AZ 85383
**Your Telephone Number:** (623) 570-6836
**ATLAS Number (if applicable):** _____
**Attorney Bar Number (if applicable):** _____

2014 MAR 13 PH 1:41

FOR CLERK'S USE ONLY

**Representing** ☒ **Self (Without a Lawyer) OR Attorney for** ☐ **Petitioner OR** ☐ **Respondent**

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

George L. Mortensen
Name of Petitioner/Plaintiff

**Case Number:** CV 2014-070725

**AFFIDAVIT of SERVICE by CERTIFIED MAIL**

Citibank (South Dakota), NA, et al.,
Name of Respondent/Defendant

A.R.C.P. Rule 4.2(c)

**(Non Family court cases only)**

**STATE OF ARIZONA** )
**County of Maricopa** )ss.

1.      I am familiar with the facts stated in this Affidavit, and I make this Affidavit to show that I have served the court papers on the other party by certified mail, postage prepaid, return receipt requested, pursuant to Arizona Rules of Civil Procedure, Rule 4.2(c).

   **Person served (name of other party):** CITIBANK (South Dakota) N.A. by Jim Donelan

   **Address where other party was served:** Legal Dept. 701 E. 60th St N. P.O. Box 6034 Sioux Falls S.D. 57117

   **Date of receipt by the other party:** — March 3, 2014

   **Date of return of receipt to sender:** March 7, 2014

2.      I know that the other party is located outside the State of Arizona.  The following documents were sent to the other party by certified mail: (List all of the documents sent to the other party):
   SUMMONS, COMPLAINT & CERTIFICATE OF COMPULSORY ARBITRATION

   These court papers were received by the other party as shown by the receipt, a copy of which is attached to this Affidavit as required by Arizona Rules of Civil Procedure, Rule 4.2(c)

3/12/2014
Date

**Sworn to or Affirmed:** 3/12/2014
Date

Sender's Signature

by George L Mortensen
Printed Name of Person Who Signed

**My Commission Expires** Sept 7, 2015
Or Seal Below

Cheryl Jameson
Deputy Clerk or Notary Public

CHERYL JAMESON
Notary Public - Arizona
Maricopa County
My Comm. Expires Sep 7, 2015

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

GN24f-032713

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITIBANK (SOUTH DAKOTA) N.A.
Legal Department
701 E. 60th St N
P. O. Box 6034
SIOUX FALLS SD 57117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Jim

C. Date of Delivery  MAR 0 3 2014

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7013 2250 0001 6877 3198

PS Form 3811, July 2013          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

George L. Mortensen
30028 N. 127th Ave
PEORIA   AZ   85383

| Person Filing: | GEORGE L MORTENSEN |
|---|---|
| Address: | 30028 N 127TH AVE |
| CSZ: | PEORIA, AZ, 85383 |
| State Bar: | |

MICHAEL K. JEANES
Clerk of the Superior Court
By Rebecca Sexton, Deputy
Date 02/13/2014 Time 11:52:36

| Description | Amount |
|---|---|
| ———— CASE# CV2014-070725 ———— | |
| COLLECT'N PAYMENT | 20.00 |
| | |
| TOTAL AMOUNT | 20.00 |

Receipt# 23547863

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

|  |  |  |
|---|---|---|
| GEORGE L MORTENSEN | ) | **CREDIT MEMO** |
| | ) | |
| vs | ) | |
| | ) | |
| CITIBANK, NA, CITICORP CREDIT SERVICES, | ) | **CASE NO. CV2014-070725** |
| INC, AND TRANS UNION, LLC | | |

RECEIVED FROM:    GEORGE L MORTENSEN

PAYMENT FOR:     SAME

## PAYMENT IS FOR THE FOLLOWING:

☐ 105 CIVIL ANSWER/APPEARANCE FEE:

☐ 115 TRANSMITTAL FEE FOR CHANGE OF VENUE:

☐ 145 JUDGMENT DEBTOR EXAM FEE:

☐ 600 MULTI DOCUMENT FEE:

☒ OTHER:     600 - DEFERRAL NEW CIVIL CASE

AMOUNT OF DEPOSIT:     $20.00

## HOW PAID

☒ CASH:

☐ CHECK     CHECK#     BANK NAME:

☐ MONEY ORDER//CASHIERS CHECK

☐ MASTER CARD  ☐ VISA

Docket Code
"CME"

Person Filing: George L. Mortensen
Address (if not protected): 30028 N. 127th Ave
City, State, Zip Code: Peoria, AZ 85383
Telephone: 623 570-6836
Email Address: glmortensen@yahoo.com
Lawyer's Bar Number: _____
Representing [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED

14 FEB 13  AM 11: 46

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

George L Mortensen
_____
Name of Petitioner/Plaintiff

Case Number: CV2014-070725

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

Citibank (South Dakota) N.A. et al
_____
Name of Respondent / Defendant

**THE COURT FINDS** that the applicant (print name): George L. Mortensen :

1.  [ ]  **IS NOT ELIGIBLE FOR A DEFERRAL** of fees and/or costs.

        **OR**

2.  [X]  **IS ELIGIBLE FOR A DEFERRAL** of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

        **OR**

3.  [ ]  **IS ELIGIBLE FOR DEFERRAL** of fees and/or costs at the court's discretion. (A.R.S. §12-302(L)).

        **OR**

4.  [ ]  **IS ELIGIBLE FOR DEFERRAL** of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

5.  [ ]  **IS ELIGIBLE FOR WAIVER** of fees and costs because the applicant is permanently unable to pay.

6.  [ ]  **IS ELIGIBLE FOR WAIVER** of fees and costs at the court's discretion (A.R.S. §12-302).

7.  [ ]  **IS NOT ELIGIBLE FOR WAIVER** of fees and costs.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 1 of 3

GNF18f  090810
Use current form

Case No. _____

## IT IS ORDERED:

1.  ☐   **DEFERRAL DENIED** for the following reason(s):

    ☐   The application is incomplete because:

    _____
    _____
    _____
    _____
    _____

    **You are encouraged to submit a complete application.**
    ☐   The applicant does not meet the financial criteria for deferral because:

    _____
    _____
    _____

    **A deferral MUST BE granted if the applicant is receiving public assistance benefits or has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and/or costs necessary to gain access to the court or if the applicant demonstrates other good cause.**

2.  ☒   **DEFERRAL GRANTED** for the following fees and/or costs in this court:

    ☒   Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
    ☐   Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
    ☐   Fees for service by publication.
    ☐   Filing fees and photocopy fees for the preparation of the record on appeal.
    ☐   Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

    **IF A DEFERRAL IS GRANTED:**
    ☐   **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE**
    ☒   **SCHEDULE OF PAYMENTS**
    The applicant shall pay $___10.00___ each __month__ (week, month, etc.) until paid in full, beginning __February 13, 2014__.

3.  ☐   **WAIVER DENIED** for all fees and/or costs of this case.

4.  ☐   **WAIVER GRANTED** for all fees and/or costs of this case that may be waived under A.R.S. §12-302.

    ☐   Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐   Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐   Fees for service by publication.

    ☐   Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐   Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

    ☐   Fees for the issuance of a marriage license.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f 090810
Use current form

Case No. _____

5.    **RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after the judicial review. The judicial review shall be held as soon as reasonably possible.

6.    **NOTICE REGARDING CONSENT JUDGMENT.** Unless any one of the following applies, a consent judgment shall be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment.

     A.    Fees and costs are taxed to another party;

     B.    The applicant has an established schedule of payments in effect and is current with those payments;

     C.    The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

     D.    In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

     E.    Within twenty days of the date the court denies the supplemental application, the applicant either:

          1.    Pays the fees and/or costs; or,

          2.    Requests a hearing on the court's order denying waiver or further deferral. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further waiver or deferral is denied and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and/or costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and/or costs in full, the court is required to comply with the provisions of A.R.S. 33-964(C).

7.    **DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral shall promptly notify the court of the change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and/or costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED:    **FEB 1 3 2014**

                               ☐ Judicial Officer or ☑ Special Commissioner

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f 090810
Use current form

Person Filing: George L. Mortensen
Address (if not protected): 30028 N. 127th Ave
City, State, Zip Code: Peoria Az 85383
Telephone: 623 570-6836
Email Address: glmortensen@yahoo.com
Lawyer's Bar Number: _____

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED
14 FEB 13 AM 11: 46

Representing  ☒ Self, without a Lawyer   or  ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

George L. Mortensen
Name of Petitioner/Plaintiff

**Case Number:** CV2014-070725

Citibank (South Dakota) N.A.  et al
Name of Respondent/Defendant

**APPLICATION FOR DEFERRAL OR
WAIVER OF COURT FEES AND/OR
COSTS AND CONSENT TO ENTRY
OF JUDGMENT**

STATE OF ARIZONA        )
                        ) ss
COUNTY OF MARICOPA )

---

### IMPORTANT

This *"Application for Deferral or Waiver of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."*  By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.  At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay.  Addition details about this process are discussed in the **"Consent to Entry of Judgment"** Section of this Application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.**  I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury, if it is determined that I did not tell the truth.

**I am requesting a deferral/waiver of the following fees and/or costs in my case:**

☑ Any or all of the following:  All filing fees, fees for the issuance of either a summons and subpoena, or fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or local law enforcement agency (fill out separate affidavit form).

☐ Fees for service by publication (fill out separate affidavit form).

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter's fees of reporters or transcribers employed by the court for the preparation of the transcript.

☐ Fees for the issuance of a marriage license.

**The basis for the request is:**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 1 of 5

GNF11f-040313

Case Number: _____

**1.** ☒ **DEFERRAL:**

**A.** ☐ I receive governmental assistance from the state/federal program(s) marked below:
    ☐ Temporary Assistance to Needy Families (TANF)    ☐ Food Stamps
    ☐ Represented by Community Legal Services

**OR**

**B.** ☐ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court.

    **NOTE:** To determine whether income is insufficient or barely sufficient, the court will review your income and expenses.  Among the factors the court may consider are:

    1.    Whether your gross income as computed on a monthly basis is 150% or less of the current federal poverty level.  Gross monthly income includes your share of community property income if available to you.

    2.    If your income is greater than 150% of the poverty level, but you have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that the court finds are extraordinary that reduce your gross monthly income to at or below 150% of the poverty level.

**OR**

**C.** ☒ I do not have the money to pay court filing fees and/or costs now.  I can pay the filing fees and/or costs at a later date.  **Explain.**

_____
_____
_____

**2.** ☐ **WAIVER:**

**A.** ☐ I am permanently unable to pay.  My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and unlikely to change in the foreseeable future.

**B.** ☐ I receive government assistance from the federal program Supplemental Security Income (SSI).

---

**NOTE: Every applicant, regardless of his or her financial circumstances, must complete the Financial Questionnaire that follows. If you submit the Application and Financial Questionnaire in person, you MUST sign it in front of the court clerk; if you submit the form by mail or by a third party, you MUST sign it in front of a notary public. You must submit proof that you receive governmental assistance. If you submit the Application and Financial Questionnaire by mail or by a third party, please attach a copy of your proof of governmental assistance.**

---

Case Number: _____

# FINANCIAL QUESTIONNAIRE

## STATEMENT OF INCOME AND EXPENSES:

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|---|---|
| none | |
| | |
| | |
| | |

**ASSISTANCE: I receive assistance from:**

- ☐ Arizona Health Care Cost Containment System (**AHCCCS**)
- ☐ Arizona Long Term Care System (**ALTCS**)
- ☐ Other: (Explain/Describe) _____

## EMPLOYER INFORMATION

| Employer Name: | Self-employed | |
|---|---|---|
| Employer Address: | 30028 N. 127th Ave Peoria AZ 85383 | |
| Employed since: | 1997  April | (Month and Year you started) |

## MONTHLY INCOME INFORMATION

| | |
|---|---|
| **Monthly Gross Income:** (full amount of wages/salary before any deductions) | $ 1,500 |
| **Other monthly income:** (spousal maintenance, child support, retirement, rent, allowance, interest, pension, scholarship, grant, royalty, lottery winning but NOT student loan) (explain amount and source) _____ | $ |
| _____ | $ |
| | $ |
| My spouse's monthly gross income: *(if available to me)* | $0 |
| **TOTAL MONTHLY INCOME:** (Add amounts from these lines.) | $ 1,500 |

Case Number: _____

**My monthly expenses and debts are:**

| | A<br>MONTHLY PAYMENTS | B<br>LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 1621 ⁵⁰ | $ |
| Car Payment | $ 0 | $ |
| Car Payment | $ 0 | $ |
| Credit Card Payments | $ 75 ⁰⁰ | $ |
| Credit Card Payments | $ 150 | $ |
| **Other Financing Obligations with Monthly Payments:** | | |
| Describe:  H.O Association Fee | $ 83 | $ |
| Describe:  Cell Phone | $ 100 | $ |
| Describe:  Life Ins & DI | $ 243 | $ |
| **TOTAL OF LOAN BALANCES:** (Add column B) | **$** | |
| Food/Household supplies | $ 450 ⁰⁰ | |
| Clothing | $ 25 ⁰⁰ | |
| Utilities (Electric, Gas, Water, Telephone) | $ 450 | |
| Medical / Dental/ Prescription Expenses | $ 50 ⁰ | |
| Health Insurance | $ 450 | |
| Car Insurance | $ 245 | |
| Gasoline/Bus Fare | $ 450 | |
| Spousal Maintenance (alimony paid by you) | $ 0 | |
| Child Support | $ 0 | |
| Child Care | $ 0 | |
| Nursing care | $ 0 | |
| Contributions to Retirement Plan / Account | $ 0 | |
| Other  JDInett Prote. Ins | $ 16 ⁰⁰ | |
| Other | $ | |

**TOTAL MONTHLY PAYMENTS:**
(Add column A, starting from "Rent/Mortgage")   **$ 3495**

**STATEMENT OF ASSETS:** List those assets available to you and accessible without financial penalty.

| | ESTIMATED VALUE |
|---|---|
| Cash and Bank Accounts | $ 100 ⁰⁰ |
| Credit Union Accounts | $ 5 ⁰⁰ . |
| Retirement Accounts | $ 0 |
| Other, including Stocks & Bonds | $ 25 ⁰⁰ |
| Other | $ 0 |
| Equity* in: | |
| 1. Home | $ 0 |
| 2. Cars/ Other Vehicles | $ 3,000 |
| 3. Other Property | $ 0 |
| **TOTAL ASSETS:**  (Add) | **$ $3130** |

* **Equity** is defined as market value minus any liens or loans.

© Superior Court of Arizona in Maricopa County<br>ALL RIGHTS RESERVED<br>ADW

GNF11f-040313

Case Number: _____

**EXTRAORDINARY EXPENSES:** For example: unusual medical needs, financial hardship, costs of care of elderly or disabled family members. (Proof must be submitted.)

**DESCRIPTION**                                                   **AMOUNT**

_____        | $ |
_____        | $ |
_____        | $ |

**TOTAL EXTRAORDINARY EXPENSES** (Add)          | $ |

---

**Note:** If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due. This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs. The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.

**If your case is dismissed for any reason, the fees and costs are still due.**

---

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment. Judgment may be entered against me unless any one of the following applies:

A.    Fees and costs are taxed to another party;
B.    I have an established schedule of payments in effect and I am current with those payments;
C.    I file a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
D.    In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.    Within twenty days of the date the court denies the supplemental application, I either:
      1.    Pay the fees and/or costs; or,
      2.    Request a hearing on the court's order denying waiver or further deferral. If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

## OATH OR AFFIRMATION

The contents of this document are true and correct to the best of my knowledge and belief.

FEB 1 3 2014
Date

Signature

George L. Mortensen
Printed Name

FEB 1 3 2014
Date Signed or Affirmed

R. Sexton

Judicial Officer, Deputy Clerk or Notary Public

My Commision Expires/Seal:

MICHAEL K. JEANES, CLERK

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f-040313

**Superior Court of Arizona**

# CV2014-070725

MICHAEL K. JEANES, CLERK
BY _Ruston_ DEP
FILED

Is Interpreter Needed? ☐ Yes ☒ No    14 FEB 13 AM II: 45

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

If yes, what language: _____

To the best of my knowledge, all information is true and correct.

**Plaintiff's Attorney:**
_____

**Attorney's Bar Number:** _____

Attorney/Pro Per Signature (If no attorney, YOUR signature)

**Plaintiff's Name(s):** (List all)
George L. Mortensen

**Plaintiff's Address:**
30028 N. 127th Ave  Peoria AZ 85383

(List additional plaintiffs on page two and/or attach a separate sheet.)

**Defendant's Name(s):** (List all.)

Citibank (South Dakota) N.A ;   Citicorp Credit Services Inc.(USA)  and Trans Union LLC

(List additional defendants on page two and/or attach a separate sheet.)

**EMERGENCY ORDER SOUGHT:**
(if applicable)
☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction
☐ Provisional Remedy
☐ Election Challenge
☐ Other _____

☐ **RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY.** (Mark appropriate box under **Nature of Action**).

☐ **RULE 8(i) COMPLEX LITIGATION APPLIES**   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.  ☐ 123 Hospital
☐ 122 Physician D.O  ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
   ☐ 136 Six to Nineteen Structures
   ☐ 137 Twenty or More Structures

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV10f 090213

## 150-199 OTHER CIVIL CASE TYPES:

Case No. _____

☑ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐ 194-Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)

### 150-199 UNCLASSIFIED CIVIL CASE TYPES:

☐ Notice of Appeal pursuant to A.R.S. § 12-904
   (formerly "Administrative Review")
   (Use lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax
Court)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☒ 163 Other
   _Fair Credit Reporting Act_
   (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f- 090213

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7              DISTRICT OF ARIZONA – PHOENIX DIVISION
8
     George L. Mortensen,                 )      Case No.
9                                         )
                  Plaintiff,              )
10                                        )
     v.                                   )      **CONSENT TO REMOVAL OF**
11                                        )      **DEFENDANT CITIBANK, N.A. AND**
                                          )      **CITICORP CREDIT SERVICES, INC.**
12   Citibank, (South Dakota), NA,        )      **(USA)**
     Citicorp Credit Services, Inc. (USA) )
13   and                                  )
14   Trans Union LLC,                     )
                                          )
15                Defendants.             )
16   _____

17        Without waiving any other defenses, Citibank, N.A. (successor in interest to
18   Citibank (South Dakota), N.A.) and Citicorp Credit Services, Inc. (USA) (together,
19   the "Citi Defendants"), hereby consent to the removal of this action from the
20   Superior Court of the State of Arizona, for the County of Maricopa, to the above-
21   captioned Court.  The Citi Defendants have come to an agreement with Plaintiff and
22   anticipate being dismissed with prejudice from this case.
23
24   Dated:  April 30, 2014           By:_____
                                           Andrew W. Moritz
25                                         Asst. Gen. Counsel
26                                         Citibank, N.A.
                                           (904) 954 8552
27                                         andrew.moritz@citi.com
28

                                      1

5852371.1/SP/83057/0100/042414