# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George L. Mortensen,<br><br>        Plaintiff,<br><br>v.<br><br>Trans Union, LLC,<br><br>        Defendant | Case No. CV14-00928-PHX DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation of dismissal (Doc. 22),

**IT IS ORDERED** that the stipulation (Doc. 22) is **granted.** The claims and causes of action asserted herein by Plaintiff George L. Mortensen against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

Dated this 3rd day of October, 2014.

_____
David G. Campbell
United States District Judge

6265121.1/SP/83057/1668/092514